In the Matter of the Accounting of THEODORE F. MILLER et al., as Executors of MARY F. FARNHAM, Deceased, Appellants.

MARY E. TRUSLOW, Appellant.

LEVI G. FARNHAM et al., Appellants and Respondents.

STEPHEN H. FARNHAM, Individually and as Administrator with the Will Annexed of STEPHEN H. FARNHAM, Deceased, Respondent.

*Matter of Miller,* 138 App. Div. 885, affirmed.
(Argued September 27, 1910; decided October 11, 1910.)

CROSS-APPEALS from an order of the Appellate Division of the Supreme Court in the second judicial department, entered April 22, 1910, which modified and affirmed as modified a decree of the Kings County Court settling the accounts of the executors of Mary F. Farnham, deceased, as executrix of Stephen H. Farnham, deceased.

*Charles H. Studin* and *William Reeda* for Levi G. Farnham et al., appellants and respondents.

*Henry W. Jessup* for Mary E. Truslow, appellant.

*Augustus Van Wyck* for respondent.

Order affirmed, without costs; no opinion.
Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.